1

**H. F. SHOUN, Trustee In Bankruptcy of the Estate of KIDWELL & RADER, Bankrupts, v. FIRST NATIONAL BANK OF GREENEVILLE, TENNESSEE, and Mohawk Bank, of Mohawk, Tennessee.**

Circuit Court of Appeals, Sixth Circuit.
April 3, 1928.

No. 5078.

Appeal from the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge.

Sells, Simmonds & Bowman, of Johnson City, Tenn., for appellant.

Shoun, Swingle & Milligan and Susong, Susong & Parvin, all of Greeneville, Tenn., for appellees.

PER CURIAM. Dismissed pursuant to motion of counsel for appellant.

---

2

**J. H. SMALLING v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
May 8, 1928.

No. 5157.

Appeal from the District Court of the United States for the Eastern District of Tennessee.

George C. Taylor, U. S. Atty., of Knoxville, Tenn., for appellee.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for appellee.

---

3

**W. E. STANSBURY v. J. S. TOBIN, as Trustee in Bankruptcy of COLUMBIA MORTGAGE & TRUST COMPANY.**

Circuit Court of Appeals, Sixth Circuit.
February 9, 1928.

No. 5087.

Appeal from the District Court of the United States for the Western District of Tennessee; Harry B. Anderson, Judge.

Holmes, Canale, Loch & Glankler, of Memphis, Tenn., for appellant.

J. W. Canada and Chas. M. Bryan, both of Memphis, Tenn., for appellee.

PER CURIAM. Dismissed pursuant to agreement of counsel.

---

4

**William STEPHENS v. McKINNEY STEEL CO.**

Circuit Court of Appeals, Sixth Circuit.
June 12, 1928.

No. 5191.

Appeal from the District Court of the United States for the Western District of Michigan; Fred M. Raymond, Judge.

Young & Young, of Milwaukee, Wis., for appellant.

Richey & Watts, of Cleveland, Ohio, for appellee.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for appellee.